IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| MALLINCKRODT PLC, et al., : | Case No. 20-12522 (JTD) |
| : | |
| Debtors. : | |
| _____ : | |
| : | |
| CITY OF ROCKFORD, et al., : | |
| : | |
| Appellants, : | |
| : | |
| v. : | C. A. No. 21-167-LPS |
| : | |
| MALLINCKRODT PLC, et al., : | |
| : | |
| Appellees. : | |

## RECOMMENDATION

At Wilmington this **1st** day of **March, 2021**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

The parties met and conferred in good faith regarding mediation of this appeal. Both request that this appeal be withdrawn from mandatory mediation because

of the nature of the relief granted by the Bankruptcy Court and the issues on appeal. Neither believe that mediation would be fruitful.

The parties further jointly proposed the following briefing schedule be entered on the merits:

| | |
|---|---|
| Appellants' Opening Brief | April 14, 2021 |
| Appellees' Response Brief | May 14, 2021 |
| Appellants' Reply Brief | June 1, 2021 |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. No objections are anticipate to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1, since it is consistent with the parties' request..

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge